**UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

RE: Cherrelle Ronicea Jamison

|  |  |
|---|---|
|  | ) Case No. 14 B 20423 |
|  | ) |
| Debtor | ) Chapter 13 |
|  | ) |
|  | ) Judge: CAROL A DOYLE |

## NOTICE OF MOTION

Cherrelle Ronicea Jamison

9811 S Throop
Chicago, IL 60643

ERNESTO D BORGES JR
via Clerk's ECF noticing procedures

Please take notice that on July 08, 2014 at 9:30 am my designee or I will appear before the Honorable Judge CAROL A DOYLE at 219 South Dearborn Courtroom 742, Chicago, IL and present the motion set forth below.

I certify under penalty of perjury that this office caused a copy of this notice to be delivered to the persons named above by U.S. mail at 55 E Monroe St., Chicago, Il 60603 or by the methods indicated on June 19, 2014.

/s/ Tom Vaughn

## TRUSTEE'S MOTION TO DISMISS CASE FOR FAILURE TO FILE A PLAN

Now comes Tom Vaughn, Trustee in the above entitled case and moves the Court to dismiss this case in support thereof states:

1. On May 30, 2014 the Debtor filed petition under Chapter 13 of title 11 U.S.C.

2. Pursuant to 11 U.S.C. § 1321, "the debtor shall file a plan".

3. Pursuant to Bankruptcy Rule 3015, "If a plan is not filed with the petition, it shall be filed within 14 days thereafter and such time shall not be furthur extended except for cause shown and on notice as the Court may direct."

4. Fourteen days from the date of filing the petition has expired.

5. Debtor has failed to file a plan or request an extension of time in which to file a plan.

WHEREFORE, the Trustee prays that this case be dismissed pursuant to 11 U.S.C. § 1307 (c) (3), for failure to file a plan timely.

Respectfully submitted,

TOM VAUGHN
CHAPTER 13 TRUSTEE
55 E. Monroe Street, Suite 3850
Chicago, Il 60603
(312) 294-5900

/s/ Tom Vaughn