**UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | |
|---|---|
| RE: Cherrelle Ronicea Jamison | ) Case No. 14 B 20423 |
| | ) |
| debtor | ) Chapter 13 |
| | ) |
| | ) Judge: CAROL A DOYLE |

## NOTICE OF MOTION

Cherrelle Ronicea Jamison                                    ERNESTO D BORGES JR
                                                             via Clerk's ECF noticing procedures

9811 S Throop
Chicago, IL 60643

Please take notice that on July 08, 2014 at 9:30 am my designee or I will appear before the Honorable Judge CAROL A DOYLE at 219 South Dearborn Courtroom 742, Chicago, IL and present the motion set forth below.

I certify under penalty of perjury that this office caused a copy of this notice to be delivered to the persons named above by U.S. mail at 55 E Monroe St., Chicago, Il 60603 or by the methods indicated on June 19, 2014.

/s/ Tom Vaughn

**TRUSTEE'S MOTION TO DISMISS FOR FAILURE TO FILE
REQUIRED DOCUMENTS UNDER SECTION 521 (a) (1)**

Now comes Tom Vaughn, Trustee in the above entitled case and moves this Honorable Court to dismiss this case for cause pursuant to 11 U.S.C. § 1307 (c) and in support thereof states as follows:

1. That the Debtor filed the current petition for relief on May 30, 2014.

2. That the above-captioned plan has not yet been confirmed.

3. Debtor has failed to file the following documents within 14 days of filing the petition;

    Debtor has failed to file B22C.

4. 11 U.S.C. §521 (a) (1) requires the debtor to file specified documents.

5. Rule 1007 (c) Rules of Bankruptcy Procedure require that certain documents be filed with the petition, or within 14 days thereafter.

WHEREFORE, the Trustee requests that this court dismiss this case for cause under 11 U.S.C. § 1307 (c) and for any and all other relief this court deems just and proper.

Respectfully submitted,

TOM VAUGHN
CHAPTER 13 TRUSTEE                                           /s/ Tom Vaughn
55 E. Monroe Street, Suite 3850
Chicago, IL 60603
(312) 294-5900